UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Keith Herrera

    Plaintiff,

v.

Johnson + Johnson of New Jersey, Inc. dba Johnson + Johnson; Cordis Inc.

    Defendants

Case No. C07-06457 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 3/5/08

_____
Signature

Counsel for Defs Cordis Corp + Johnson v Johnson
(Name of party or indicate "pro se")