IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH HERRERA,                                                          No. C 07-06457 WHA

        Plaintiff,

  v.                                                                          **CLERK'S NOTICE RESCHEDULING HEARING**

JOHNSON & JOHNSON,

        Defendant.
_____ /

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT the Case Management Conference previously set for March 26, 2008 at 1:30 p.m. has been rescheduled for March 27, 2008 at 11:00 a.m., before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated:  March 14, 2008                                    FOR THE COURT,

                                                                 Richard W. Wieking, Clerk

                                                                 By:   /s/
                                                                     Frank Justiliano
                                                                       Relief Courtroom Deputy to the
                                                                       Honorable William Alsup