**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HERRERA, | No. C 07-06457 WHA |
| Plaintiff, | |
| v. | **ORDER RESETTING CASE MANAGEMENT CONFERENCE** |
| JOHNSON & JOHNSON, | |
| Defendant. | |

Due to Attorney Glicker's unavailability, the case management conference is **RESET** for **APRIL 3, 2008, AT 11:00 A.M.** Please file a joint case management statement no later than seven days prior.

Please serve a copy of this order on any party in the captioned case not appearing on the notice of electronic filing or other case activity and/or the attached certificate of service.

**IT IS SO ORDERED.**

Dated: March 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE