# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Herrera,<br><br>             Plaintiff(s),<br><br>   v.<br><br>Johnson & Johnson of Jersey, Inc.,<br><br>             Defendant(s). | 07-06457 WHA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06457 WHA                                          -1-

1 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2 to an e-mail directed to adr@cand.uscourts.gov.

4     It is the responsibility of counsel to schedule an ADR Phone Conference, if
5 required, to occur <u>before</u> the Case Management Conference.

8 Dated: March 20, 2008

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-06457 WHA     -2-

PROOF OF SERVICE

Case Name:      Herrera v. Johnson & Johnson of Jersey, Inc.

Case Number:    07-06457 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Brian I. Glicker
> Glicker & Associates
> 14945 Ventura Blvd.
> Suite 220
> Sherman Oaks, CA 91403
> bglicker@glickerlaw.com
>
> Steven Douglas Smelser
> Yukevich Calfo & Cavanaugh
> 601 South Figueroa Street
> 38th Floor
> Los Angeles, CA 90017
> SSmelser@yukelaw.com
>
> James John Yukevich
> Yukevich Calfo & Cavanaugh
> 601 S Figueroa St 38th Fl
> Los Angeles, CA 90017-5704
>
> Emily Hicks
> Yukevich Calfo & Cavanaugh

601 S. Figueroa Street
38th Floor
Los Angeles, CA 90017
ehicks@yukelaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov