UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEITH HERRERA, an Individual,

              Plaintiff(s),

v.

JOHNSON & JOHNSON OF NEW JERSEY., et al.

              Defendant(s).

CASE NO. C 07-06457 EMC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

       other requested deadline _____

Dated: April 1, 2008

Dated: April 1, 2008

Brian Glicker, Esq.
Attorney for Plaintiff

Emily Hicks, Esq.
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated:_____          _____

                                              UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 South Figueroa Street, Thirty-Eighth Floor, Los Angeles, California 90017.

On April 1, 2008, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action as follows:

| | |
|---|---|
| Brian Glicker, Esq.<br>Maryam Atighechi, Esq.<br>GLICKER & ASSOCIATES, PLC<br>14945 Ventura Blvd.<br>Sherman Oaks, CA 91403 | Attorney for Plaintiff<br>KEITH HERRERA<br><br>T:  (818) 788-8886<br>F:  (818) 788-8098 |
| ADR Unit, USDC<br>NORTHERN DISTRICT OF CALIFORNIA | ADR Program<br><br>F:  (415) 522-4112 |

**BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed in the Service List. The telephone number of the sending facsimile machine was (310) 234-5001. No error was reported by the fax machine that I used.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2008, at Los Angeles, California.

_____
Diane L. Gutierrez

178830.1 / 25-014

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                3774
RECIPIENT ADDRESS       18187888098pp25014
DESTINATION ID
ST. TIME                04/01 14:03
TIME USE                00'31
PAGES SENT              4
RESULT                  OK
```

# YUKEVICH CALFO & CAVANAUGH

601 SOUTH FIGUEROA STREET
THIRTY-EIGHTH FLOOR
LOS ANGELES, CALIFORNIA 90017
TEL. (213) 362-7777
FAX. (213) 362-7788
WWW.YUKELAW.COM

## FACSIMILE TRANSMISSION

| NAME/COMPANY | TELEPHONE | FACSIMILE |
|---|---|---|
| Brian Glicker, Esq.<br>GLICKER & ASSOCIATES, PLC | (818) 788-8886 | (818) 788-8098 |

DATE:    April 1, 2008

FROM:    Emily Hicks

RE:      Herrera v. Johnson & Johnson, et al.
         USDC - Northern District, Case No.: C07-06457 EMC

PAGES:   4  (including cover page)

MESSAGE: THE ATTACHED DOCUMENT WAS E-FILED TO THE COURT TODAY.

PLEASE DELIVER IMMEDIATELY.  THANK YOU.

```
        *********************
        ***  TX REPORT    ***
        *********************

        TRANSMISSION OK

        TX/RX NO                3775
        RECIPIENT ADDRESS       14155224112pp25014
        DESTINATION ID
        ST. TIME                04/01 14:04
        TIME USE                00'40
        PAGES SENT              4
        RESULT                  OK
```

# YUKEVICH CALFO & CAVANAUGH

601 SOUTH FIGUEROA STREET
THIRTY-EIGHTH FLOOR
LOS ANGELES, CALIFORNIA 90017
TEL. (213) 362-7777
FAX. (213) 362-7788
WWW.YUKELAW.COM

## FACSIMILE TRANSMISSION

| NAME/COMPANY | TELEPHONE | FACSIMILE |
|---|---|---|
| ADR PROGRAM, USDC NORTHERN DISTRICT OF CALIFORNIA | | (415) 522-4112 |

DATE:    April 1, 2008

FROM:    Emily Hicks

RE:      Herrera v. Johnson & Johnson, et al.
         USDC - Northern District, Case No.: C07-06457 EMC

PAGES:   4    (including cover page)

MESSAGE: THE ATTACHED DOCUMENT WAS E-FILED TO THE COURT TODAY.

PLEASE DELIVER IMMEDIATELY. THANK YOU.