# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Herrera,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Johnson & Johnson of Jersey, Inc.,<br><br>            Defendant(s). | 07-06457 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Matthew F. Quint**
> Wilson & Quint
> 250 Montgomery St., 11th Fl.
> San Francisco, CA 94111
> 415-288-6700
> mfquint@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06457 WHA MED                              - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: April 9, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov