**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 3, 2008</u>

Case No.  <u>C 07-06457 WHA</u>

Title: <u>KEITH HERRERA</u> v. <u>JOHNSON & JOHNSON</u>

Plaintiff's Attorney: Brian Glicker

Defense Attorney: Emily Hicks

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>CMC- Held</u>

2)   _____

Disclosures Completed by: 4/11/08

Seek Leave to Add or Amend by: 4/24/08

Discovery Cutoff by: 12/19/08

Summary Judgment Motion filed by: 2/5/09

Case continued to **4/13/09 at 2:00 pm** for Pretrial Conference

Case continued to **4/27/09 at 7:30 am** for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.