BRIAN I. GLICKER (SBN 165866)
MARYAM A IGHECHI (SBN 249318)
GLICKER & ASSOCIATES
A Professional Law Corporation
14945 Ventura Blvd., Suite 220
Sherman Oaks, California 91403
Telephone: (818) 788-8886
Fax: (818) 788-8098

ATTORNEYS FOR PLAINTIFF, KEITH HERRERA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH HERRERA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON OF NEW JERSEY, INC., d/b/a JOHNSON & JOHNSON; CORDIS INC., a Florida Corporation and DOES 1 through 25,<br>Defendants. | Case No.: C 07-06457 EMC<br><br>**PLAINTIFF KEITH HERRERA'S STATEMENT OF INITIAL DISCLSOURES**<br><br>Assigned to Magistrate Judge Edward M. Chen, Courtroom C<br><br>State Case No. CGC-07-468628<br><br>Action Filed: November 15, 2007 |

Pursuant to Federal Rules of Civil Procedure § 26(a)(1), Plaintiff KEITH

HERRERA ("HERRERA") makes the following initial disclosures.

These disclosures are based on information that is now reasonably

available to HERRERA.

　　1) Rule 26 (a)(1)(A):  the name, and if known, the address and

telephone number of each individual likely to have discoverable

information that the disclosing party may use to support its claims or

－ 1 －

defenses, unless solely for impeachment, identifying the subjects of the information.

A.  Custodian of Records- UCSF Medical Center; 350 Parnassus Avenue, San Francisco, California 94143.  Telephone number 415-353-2528.

B. Attending Physicians; Address:  USCF Medical Center; 350 Parnassus Avenue, San Francisco, California 94143.  Telephone Number 41 i-353-2528; medical treatments, care and diagnosis of HERRERA along with the observations and analysis concerning the fracture in the Cypher Coronary Stent.

1.  Anne I.  Thorson, MD
2.  Ethan J. Weiss, MD
3.  Sukesh C Burjonroppa, MD
4.  David Klonoff, MD
5.  Clarissa  Kripke, MD
6.  Michael Dae, MD
7.  Christopher Hess, MD
8.  Charles Higgins, MD
9.  Jain Sapna, MD
10.Mathew Lewin, MD
11.Thomas Ports, MD
12. David Lao, MD
13.Nouri Bahman, MD
14.Richard Sollitto, MD
15.Akhilesh Sista, MD
16.Teri Reynolds, MD
17.Andrew Boyle, MD
18.Linda M. Reilly, MD

19. Kristen Fleishmann, MD

C. Any and all treating physicians that will be identified through further discovery.

D. Physicians and Medical Providers in the surrounding San Francisco area that may provide the standard of care for the practice.

E. The persons identified in Defendant's statement of initial disclosures.

2) Rule 26 (a)(1)(B): a copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment. Unless otherwise noted, all documents listed are in the care of Glicke & Associates, PLC. 14945 Ventura Blvd. Suite 220, Sherman Oaks, CA 91403. HERRERA will use the listed documents to support its claims against CORDIS.

A. Cardiology Faculty Practice Report

B. Report Status

C. UCSF Medical Center Cardiac Catheterization Laboratory Report

D. UCSF Medical Center Adult Echocardiography Report

E. UCSF echo report

F. Any and all documents concerning the medical treatment, care, diagnosis, and observations of HERRERA provided by the UCSF Medical Center.

G. Any and all documents that will be identified through further discovery.

H. Any and all documents listed in Defendants statement of initial disclosures.

- 3 -

I.  A copy of all documents will be provided to Defendants upon request.

3)  Rule 26(a)(1)(C):  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.  The Plaintiff reserves the right to supplement or change the calculation of damages upon further discovery.

A.  Special Damages:

    i.  Medical Billings from UCSF Medical Center = $91,060.00

B.  General Damages:

    i.  Unknown at this time.

4)  Rule 26(a)(1)(D): for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

A.  GEHA Government Employee Health Insurance; Policy Number 22432489.  The insurance of the Plaintiff is not liable for any part of the judgment.

DATED:  April 11, 2008                    GLICKER & ASSOCIATES, PLC.

                                   ss
                             Brian Glicker
                             Attorneys for Plaintiff, KEITH HERRERA

GLICKER & ASSOCIATES
14945 Ventura Blvd., Suite 220
Sherman Oaks, CA 91403
(818) 788-8886 Telephone / (818) 788-8098 Facsimile

PLAINTIFF KEITH HERRERA'S STATEMENT OF INITIAL DISCLSOURES