**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH HERRERA, an individual,

    Plaintiff,

  v.

JOHNSON & JOHNSON OF NEW JERSEY, INC., d/b/a JOHNSON & JOHNSON, CORDIS, INC., a Florida Corporation, and DOES 1 through 25,

    Defendants.
                            /

No. C 07-06457 WHA

**ORDER RE PLAINTIFF'S LETTER**

The Court received today the attached undated letter from plaintiff requesting assistance.

**IT IS SO ORDERED.**

Dated: July 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE