FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Hon. William H. Alsup

Dear Sir,

   I am the plaintiff in case #:3:07-cv-06457-WHA, Herrera vs Johnson & Johnson. I am writing you trying to obtain information on my case that was subject to your jurisdiction. I have received conflicting information about the case and settlement from my attorney. He told me the case had settled and we were to receive a settlement check back in May. Since that communication I have been unable to reach Mr. Glicker or anyone in his law firm. I have tried to reach him by phone and e-mail, but have not been successful. Per the court records, the case was settled in arbitration 05/07/08. I am not sure what happened in my case. Any help or information you can provide would be greatly appreciated.

Sincerely,

Keith Herrera
2211 47th Ave.
San Francisco Ca.94116
dksb@comcast.net