JAMES J. YUKEVICH (SBN 159896)
*JYukevich@yukelaw.com*
EMILY HICKS (SBN 232155)
*EHicks@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendants
CORDIS CORPORATION and
JOHNSON & JOHNSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH HERRERA, an individual, | CASE NO. C 07-06457 EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| vs. | *State Case No. CGC-07-468628]* |
| JOHNSON & JOHNSON OF NEW JERSEY, INC. d/b/a JOHNSON & JOHNSON; CORDIS, INC., a Florida corporation and DOES 1 through 25, | Action Filed: November 15, 2007 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED: October 2, 2008 | YUKEVICH CALFO & CAVANAUGH |
| 2 | | |
| 3 | | |
| 4 | | By: *Emily Hicks* (signature) |
| 5 | | James J. Yukevich |
| | | Emily Hicks |
| 6 | | Attorneys for Defendants |
| 7 | | CORDIS CORPORATION and |
| | | JOHNSON & JOHNSON |
| 8 | | |
| 9 | DATED: October ___, 2008 | GLICKER & ASSOCIATES |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| | | Brian I. Glicker |
| 13 | | Attorney for Plaintiff |
| 14 | | KEITH HERRERA |
| 15 | | Its: _____ |
| 16 | | Title |
| 17 | | |
| 18 | IT IS SO ORDERED. | |
| 19 | DATED: October 13, 2008 | |
| 20 | | _____ |
| | | Hon. William Alsup |
| 21 | | Judge of the U.S. District Court for the |
| | | Northern District of California |

*[Court seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed Judge William Alsup]*

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

| | | |
|---|---|---|
| 1 | DATED: October ___, 2008 | YUKEVICH CALFO & CAVANAUGH |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | James J. Yukevich<br>Emily Hicks |
| 6 | | Attorneys for Defendants<br>CORDIS CORPORATION and |
| 7 | | JOHNSON & JOHNSON |
| 8 | | |
| 9 | DATED: October 2, 2008 | GLICKER & ASSOCIATES |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Brian I. Glicker<br>Attorney for Plaintiff |
| 14 | | KEITH HERRERA |
| 15 | | Its: _____ |
| 16 | | Title |
| 17 | | |
| 18 | IT IS SO ORDERED. | |
| 19 | DATED: _____, 2008 | |
| 20 | | Hon. William H. Alsup |
| 21 | | Judge of the U.S. District Court for the<br>Northern District of California |

(Left margin: YUKEVICH CALFO & CAVANAUGH, 601 S. Figueroa Street, 38th Floor, Los Angeles, California 90017, Telephone (213) 362-7777, Facsimile (213) 362-7788)

203987.1/25-014                    2                    C 07-06457 EMC
STIPULATION OF DISMISSAL AND ORDER THEREON

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 South Figueroa Street, Thirty-Eighth Floor, Los Angeles, California 90017.

On October 3, 2008, I served true copies of the following document(s) described as **STIPULATION OF DISMISSAL AND ORDER THEREON**

on the interested parties in this action as follows:

| | |
|---|---|
| Brian Glicker, Esq.<br>Maryam Atighechi, Esq.<br>GLICKER & ASSOCIATES, PLC<br>14945 Ventura Blvd.<br>Sherman Oaks, CA  91403 | Attorney for Plaintiff<br>KEITH HERRERA<br><br>T:   (818) 788-8886<br>F:   (818) 788-8098 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 3, 2008, at Los Angeles, California.

_____
Julia Hernandez